UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LUCY B. WATSON, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No.  2:05-cv-00276-HGD |
| ) | |
| CAPITAL ONE, ) | |
| ) | |
| Defendant/Third Party Plaintiff ) | |
| ) | |
| vs. ) | |
| ) | |
| RANDOLPH MURPHY, ) | |
| ) | |
| Third Party Defendant ) | |

## **DISMISSAL ORDER**

Pursuant to the Joint Stipulation of Dismissal With Prejudice filed by plaintiff Lucy Watson and defendant Capital One (Doc. #25), it is ORDERED, ADJUDGED and DECREED that any or all claims which have been or could have been asserted by plaintiff Lucy Watson against defendant Capital One in this action are due to be and hereby are DISMISSED WITH PREJUDICE, each party to bear its own costs. This dismissal order does not affect the claims asserted by Capital One herein against third party defendant Randolph Murphy.

DONE this 28th day of December, 2006.

/s/ Harwell G. Davis, III
HARWELL G. DAVIS, III
UNITED STATES MAGISTRATE JUDGE