# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CAPITAL ONE, )<br>)<br>    Third Party Plaintiff  )<br>)<br>vs. )<br>)<br>RANDOLPH MURPHY, )<br>)<br>    Third Party Defendant  ) | Case No. 2:05-cv-00276-HGD |

## **DISMISSAL ORDER**

By order entered January 8, 2008, the Clerk was directed to issue an additional summons, with raised seal, to Capital One for service on third party defendant, Randolph Murphy. Capital One was allowed twenty (20) days from the issuance of the summons to perfect service on Randolph Murphy of the third party complaint filed September 27, 2006, and advised that if service was not accomplished in that time, this action would be subject to dismissal pursuant to Rule 4(m), Fed.R.Civ.P., without further notice. The Clerk issued the summons and delivered it to plaintiff on January 11, 2008. To date, the third party plaintiff has not perfected service on the third party defendant.

Accordingly, it is ORDERED that this action is due to be and hereby is DISMISSED WITHOUT PREJUDICE pursuant to Rule 4(m), Fed.R.Civ.P. The Clerk is DIRECTED to TERM this case.

DONE this 5th day of February, 2008.

_____
HARWELL G. DAVIS, III
UNITED STATES MAGISTRATE JUDGE